# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148613-4(137)

DWIGHT PRYOR, JR., a Minor, by FELICIA
PRYOR, as Next Friend,
       Plaintiff-Appellee,

v

                                    SC: 148613-4
                                    COA: 301942, 307944

HARPER HOSPITAL-DMC, d/b/a DMC        Wayne CC: 08-124463-NO
HOSPITAL PARTNERSHIP,
       Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply brief in this application for leave to appeal is GRANTED. The reply brief will be accepted as timely filed if filed on or before March 18, 2014.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

      March 7, 2014                

                                              Clerk